**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

SUMIT SUMIT

VERSUS

CENTRAL LOUISIANA ICE
PROCESSING CENTER, ET AL.

CIVIL ACTION NO. 26-1038

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE MCLUCKSY

**ORDER**

The Petitioner, Sumit Sumit, simultaneously filed a petition for a writ of habeas corpus and a motion for temporary restraining order. Record Documents 1, 2. The habeas petition, Record Document 1, is **REFERRED** to the Magistrate Judge for consideration and disposition. And for the following reasons, the motion for temporary restraining order, Record Document 2, is **DENIED**.

Petitioner's motion for a temporary restraining order turns on his request for either immediate release or a bond hearing. Record Document 2, at 3. As such, Petitioner's motion mirrors the same relief demanded in his habeas petition. "Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now…The Court will not allow Petitioner to commit an end-run around the habeas process." *Da Silva v. Tellez*, No. 25-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025).

**DONE AND SIGNED** at Shreveport, Louisiana, this 1st day of April, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE